EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DELIA TELLEZ,<br><br>              Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>              Defendants. | Case No.: C 03-01675 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF DELIA TELLEZ** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Delia Tellez and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiff Delia Tellez as to defendant

2061187.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Delia Tellez - 1**

1  Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this
2  action.
3  Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
    RICHARD D ALEXANDER, Cal. Bar #48432
    JEFFREY W/ RICKARD, Cal. Bar #125180
    RYAN M. HAGAN, Cal Bar #200850
    152 North Third Street, Suite 600
    San Jose, CA 95112
    Telephone: (408) 289-1776
    Facsimile: (408) 287-1776

Attorneys for Plaintiff Delia Tellez


HUSCH & EPPENBERGER, LLC


By:    /s/ Carol A. Rutter
       THOMAS M. CARNEY, admitted *pro hac vice*
       CAROL A. RUTTER, admitted *pro hac vice*
       190 Carondelet Plaza, Suite 600
       St. Louis, MO 63105-3441
       Telephone: (314) 480-1500
       Facsimile: (314) 480-1505

       RANDALL C. CREECH, Cal. Bar #65542
       CREECH, LIEBOW & KRAUS
       333 West San Carlos Street
       Suite 1600
       San Jose, CA 95110
       Telephone: (408) 993-9911
       Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DELIA TELLEZ,<br><br>    Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 03-01675 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF DELIA TELLEZ** |

THIS MATTER coming on the motion of Plaintiff Delia Tellez and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiff Delia Tellez's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005      *Ronald M. Whyte*

2061187.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Delia Tellez - 3**